IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Randal Ricci, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-6993 |
| | ) | |
| -vs- | ) | *(Judge Kennelly)* |
| | ) | |
| Darrin Salzman, John Schlueter, | ) | |
| Valrea Thompson, Phyllis Smith, | ) | |
| and Niranjan Emani, | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Randal Ricci, plaintiff above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this proceeding (in favor of defendants, employees of the United States sued in their official capacity) on August 16, 2019.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
JOEL A. FLAXMAN
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*attorneys for plaintiff*